# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

**FILED**
JAMES J. VILT, JR. - CLERK
JAN 7 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Jody
Carmichael
Tucker
(Full name of the Plaintiff(s) in this action)

v.

Jason Woosley
Admin Staff et Al - GC Dept of Justice
Grayson County - City of Litchfield
Barren County - City of Glasgow KY

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:22CV-4-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jody Carmichael Tucker

Place of Confinement: Grayson County Detention Center

Address: 320 Shaw Station Road Leitchfield KY

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ )   PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Jason Woosley_ is employed as _Greyson's Jailer_ at _GCDC_.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant _Grayson County_ is employed as _County Admin_ at _Lietchfield Ky_.

The Defendant is being sued in his/her (✓) individual and/or (X) official capacity.

(3) Defendant _Greyson County_ is employed as _Lietchfield_ at _Ky_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant _Barren County_ is employed as _____ at _Ky_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(5) Defendant _Greyson Co Dept. of Justice_ is employed as _CCDC_ at _Litchfield_.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

My 5th and 14th Amendment, Due Process Rights were violated. Equal Protection was violated, Causing Physical injury and irreparable harm. On or About 12-16-21 I was Moved From cell 296 to Cell 242 And Placed in A cell with 10-15 Federal Inmates where I had Problems with Inmates over Me being a County Inmate And Not A Federal Inmate. On 12-26-21 I Had A disagreement with Several Inmates over using The Phone. I was Then Assaulted by 4 Inmates For Several Minutes Before The C.O. Made his way to The unit (Because The emergency button in The Cell was Not Functioning) when he Saw That I was cut, Bruised, Swollen And bleeding in Several Places I Told him I needed to be Moved when They Then took Me to holding cell 211 when I Asked to go to Medical where I was Minamally examined And Placed back in 211. After Some time I went to booking to discuss housing Placements And was Moved to

4

## III. STATEMENT OF CLAIM(S) continued

Cell 155 with all state and federal inmates on 12-27-21 @ approx. 2pm I asked the shift captain to have pictures taken of my injurys including but not limited to, multiple cuts under my left eye, multiple knots on my head, a cut behind my right ear, large bruises on both left and right shoulders, bruising on my left and right fore arms, bruising on my left outer bicep, pain and bruising on my left elbow, bruising and pain in my upper and lower back and a cut on my left knee all caused from punches and kicks from the federal inmates. I was informed by the captain that "they dont take pictures". On 12-27-21 I filed a grievance concerning the issues. I have not been properly seen a doctor or recieved medical treatment and I am in pain.

# GRAYSON COUNTY DETENTION CENTER
## GRIEVANCE FORM
### JASON WOOSLEY, JAILER

10764

DATE/TIME: 12-27-21

INMATE NAME: Jody Tucker

CELL #: 155
JACKET #: 229123

*Inmate Note: One issue per grievance form

**DETAILS OF COMPLAINT:**

I was placed into a cell with Federal inmates as a County inmate where I was physically assaulted by several inmates. I need pictures taken of my physical injurys... Including several abrasions to the chest, Back, Arms + Neck and Face. Also I have 2 cuts under my left eyes. And swelling in several places Including my Jaw.

*Jody Tucker*

DATE RECEIVED: 1-3-22   RESPONDING DEPUTY: [signature]

**RESPONSE:**
Your incident was reported.

SCANNED

**REFER TO:** _____

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 100,000

✓ grant injunctive relief by TRO - Home incarceration

✓ award punitive damages in the amount of $ 100,000

___ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 29 day of December, 2021.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on Jan 3rd 2022.

_____
(Signature)

6

Jody Carmichael Tucker
326 Shaw St. Rd
@ Leitchfield Ky, 42754

Att. Clerk of Court
United States District Court
423 Frederica Street, Suite 126
Owensboro Ky, 42301-3013

