UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JODY CARMICHAEL TUCKER     PLAINTIFF

v.     CIVIL ACTION NO. 4:22-CV-P4-JHM

JASON WOOSLEY *et al.*     DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

All pending motions are **DENIED as moot**.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: March 13, 2022

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
       Defendants
4414.011